## *UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

## **NOTICE**

UNITED STATES OF AMERICA

V.                                                              CASE NO. 4:14cr141(5)-GHD-SAA

SONNY TODD MAXWELL

---

**TAKE NOTICE** that a proceeding in this case has been for the place, date, and time set forth below:

---

| Place | Room No. |
|---|---|
| FEDERAL BUILDING | COURTROOM NO. 3W |
| 911 Jackson Avenue | **Date and Time** |
| OXFORD, MS | TUESDAY, SEPTEMBER 15, 2015, 10:30 A.M. |

---

Type of Proceeding

**SENTENCING AS TO COUNT 1
BEFORE SENIOR JUDGE GLEN H. DAVIDSON**

---

**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

DAVID CREWS, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Raye Long
(BY) Raye Long - Courtroom Deputy

Date:  September 3, 2015

By NEF To:

　　Scott F. Leary, AUSA,　　　　　　　U. S. Probation Service
　　Clayton A. Dabbs, AUSA　　　　　　U. S. Marshal
　　Jamiel M. Wiggins, AUSA
　　Kelly Kathleen Pearson, AUSA

　　Hon. Margaret Sams Gratz

**CONTACT RAYE LONG AT 662/369-4952 IF YOU HAVE ANY QUESTIONS.**